**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michelle Fawn WAKWAK,
Defendant–Appellant.**

No. 06–30436.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted March 12, 2007.*

Filed March 16, 2007.

Shawn A. Anderson, AUS, USYA–Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Terence Michael Ryan, Terence Ryan Law Office, Spokane, WA, for Defendant–Appellant.

Before: KOZINSKI, LEAVY and BYBEE, Circuit Judges.

MEMORANDUM **

Michelle Fawn Wakwak appeals from the judgment imposed following her guilty-plea conviction for assault on an Indian reservation, in violation of 18 U.S.C. §§ 113 and 1153.

Because a review of the record indicates that Wakwak knowingly and voluntarily waived her right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily). We reject Wakwak's contention that a plea agreement cannot be valid unless it is entered into after the defendant's criminal history category has been calculated.

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

